UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
ORLANDO RUIZ  
MARIA C ESTARELLA  

CASE NO. 09-38795-BKC-

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 5,669.10 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

(  ) The trustee has a balance of $     .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: 2-8-16

NANCY K. NEIDICH  
CHAPTER 13 TRUSTEE

Copies to:

ORLANDO RUIZ  
MARIA C ESTARELLA  
2355 BISCAYNE BAY DR  
MIAMI, FL 33181  

MICHAEL A. FRANK, ESQUIRE  
UNION PLANTERS BNK BLDG #620  
10 NW LEJEUNE RD  
MIAMI, FL 33126-5431  

NATIONSTAR MORTGAGE LL  
350 HIGHLAND DR  
LEWISVILLE, TX 75067  

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.  09-38795-BKC-
ORLANDO RUIZ
MARIA C ESTARELLA

                                      CHAPTER 13


ORLANDO RUIZ
MARIA C ESTARELLA
2355 BISCAYNE BAY DR
MIAMI, FL 33181


MICHAEL A. FRANK, ESQUIRE
UNION PLANTERS BNK BLDG #620
10 NW LEJEUNE RD
MIAMI, FL 33126-5431

NATIONSTAR MORTGAGE LL         ---------$      5,669.10
350 HIGHLAND DR
LEWISVILLE, TX 75067
                                      UNDELIVERABLE/STALE
                                      CLAIM REGISTER# 22

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130